**UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff**

v.

**Gerald Leo ROGERS, also known as Jay Rogers, also known as Jay Rodgers, Defendant–Appellant**

v.

**Kelly M. Crawford, Appellee.**

**No. 08–10490.**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 3, 2008.

Charlene Cantrell Koonce, Scheef & Stone LLP, Dallas, TX, for Appellee.

Gerald Leo Rogers, Sheridan, OR, pro se.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Affirmed. See Rule 47.6.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.